jurisdiction noted. *Acting Solicitor General Stern* for appellants. *Paul R. Watkins* and *Dana Latham* for appellee.

No. 476. BRANIFF AIRWAYS, INC. *v.* NEBRASKA STATE BOARD OF EQUALIZATION AND ASSESSMENT ET AL. Appeal from the Supreme Court of Nebraska. Probable jurisdiction noted. *William J. Hotz* and *William J. Hotz, Jr.* for appellant.

No. 352. THOMPSON *v.* LAWSON, DEPUTY COMMISSIONER OF THE UNITED STATES BUREAU OF EMPLOYEES COMPENSATION, ET AL. C. A. 5th Cir. Certiorari granted. *David Carliner* and *Thomas M. Cooley, II,* for petitioner. *Acting Solicitor General Stern* for the Deputy Commissioner; and *George W. Ericksen* for the Gulf Florida Terminal Co., Inc. et al., respondents.

No. 196. NOBLE *v.* COOKE ET AL. Court of Civil Appeals of Texas, Sixth Supreme Judicial District. Certiorari denied. *John H. Coffman* for petitioner. *Charles Potter, James G. Strong, Marshall Newcomb* and *Angus G. Wynne* for respondents.

No. 330. AMERICAN BOTTLING Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Park Street* and *Joseph G. Street* for petitioner. *Acting Solicitor General Stern, George J. Bott, David P. Findling, Dominick L. Manoli* and *Norton J. Come* for respondent.